Leda Dunn Wettre
Michael J. Gesualdo
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone: (973) 690-5400
Facsimile: (973) 466-2760
Lwettre@rwmlegal.com
Mgesualdo@rwmlegal.com

Christopher N. Sipes
Einar Stole
Michael N. Kennedy
Megan P. Keane
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 662-6000

*Attorneys for Plaintiffs Amarin
Pharma, Inc. and Amarin
Pharmaceuticals Ireland Limited*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APOTEX, INC., and APOTEX CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 3:14-cv-02550-MLC-DEA<br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance as counsel

in the above-entitled action on behalf of Plaintiffs Amarin Pharma, Inc. and Amarin

Pharmaceuticals Ireland Limited.  Please serve copies of all papers in this action upon the undersigned attorney.

Dated:  April 23, 2014                                  ROBINSON, WETTRE & MILLER LLC

                                                        By: s/     *Michael J. Gesualdo*     
                                                              Michael J. Gesualdo

**CERTIFICATE OF SERVICE**

  I certify that on April 23, 2014, I caused the attached Notice of Appearance to be served upon all counsel of record via CM/ECF.


                 By: s/ *Michael J. Gesualdo*
                    Michael J. Gesualdo


Dated:  April 23, 2014