Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, NJ 07102
T: (973) 622-3333
F: (973) 286-2465
*Attorneys for Defendants*
*Apotex, Inc. and Apotex Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 14-2550 (MLC) (DEA) <br><br> **NOTICE OF APPEARANCE** <br><br> *DOCUMENT FILED ELECTRONICALLY* |

**PLEASE TAKE NOTICE** that Defendants Apotex, Inc. and Apotex Corp. (collectively "Apotex") are represented by the firm of Saiber LLC in the above matter. Jakob B. Halpern, Esq. hereby enters his appearance as counsel of record in addition to Arnold B. Calmann, who has already been duly designated by the Court as "lead attorney to be noticed" on behalf of Apotex. Accordingly, Apotex respectfully requests that any future Notices of Electronic Filing related to this case also be forwarded to Jakob B. Halpern at jbh@saiber.com.

Dated:  May 6, 2014                 Respectfully submitted,

                                         **SAIBER LLC**
                                         *Attorneys for Defendants*
                                         *Apotex, Inc. and Apotex Corp.*

                                         By: /s Jakob B. Halpern_____
                                                 **JAKOB B. HALPERN**